CUYAHOGA COUNTY BAR ASSOCIATION *v.* DYCK.

[Cite as Cuyahoga Cty. Bar Assn. *v.* Dyck (1991), 59 Ohio St. 3d 68.]

(No. 90-2538—Submitted February 13, 1991—Decided April 24, 1991.)

board's findings and its recommendation. Thus, we hereby publicly reprimand respondent for having violated Gov. Bar R. V(5)(a). Costs taxed to respondent.

*Judgment accordingly.*

*William T. Guarnieri,* for relator.